[No. 42744-3-II.   Division Two.   March 27, 2012.]

*In the Matter of the Dependency of* M.H.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-7-00260-4, David L. Edwards and F. Mark McCauley, JJ., entered October 19, 2011. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ. Now published at 168 Wn. App. 707.

[No. 28937-1-III.   Division Three.   March 27, 2012.]

JORGE L. CANTU, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, WESTFARM FOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-2-04319-4, Blaine G. Gibson, J., entered March 25, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J. Now published at 168 Wn. App. 14.

[No. 30493-1-III.   Division Three.   March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES L. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00683-6, Thomas Felnagle, J., entered January 7, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[Nos. 40179-7-II; 40259-9-II.   Division Two.   March 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SHERMAN WILSON, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 08-1-05561-4, Ronald E. Culpepper, J., entered December 30, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Hunt, JJ.